NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CAPRA RIVERS,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-2905
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____   )


Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Capra Rivers, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and MORRIS, JJ., Concur.